## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Joseph Eugene Boutte, Jr.
Franklin Par. Det. Center DOC No. 187762
388 Natures Acres Road
Winnsboro LA 71295

**REHEARING ACTION: September 26, 2012**

**Docket Number: 12   00846-KH**

**STATE OF LOUISIANA**
**VERSUS**
**JOSEPH EUGENE BOUTTE, JR.**

**Writ Application from Lafayette Parish Case No. 110253**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. Billy Howard Ezell**
    **Hon. J. David Painter**
    **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Joseph Eugene Boutte, Jr.** has this day been

    **DENIED.**

cc: Michael Harson, Counsel for  the Respondent